1
2
**KEN THERRIEN**
**BUREN & THERRIEN, PLLC**
**307 NORTH THIRD STREET, SUITE 5**
**YAKIMA, WA 98901**
**(509) 457-5991**

3
4
5
6
Attorney for Defendant
FERNANDO GUTIERREZ

7
8
9
10
11
12

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WASHINGTON**

13
14
15
16
17
18

UNITED STATES OF AMERICA,

                     Plaintiff,

    vs.

FERNANDO GUTIERREZ,

                 Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

NO.   CR-03-0201-WFN

MEMORANDUM IN SUPPORT OF
MOTION TO DISMISS MULTIPLICITOUS
INDICTMENT AND/OR REQUIRE
ELECTION BY THE GOVERNMENT

19
20
21

## FACTS

22
23
24
25
26
27
28

      The defendant, at the time of filing this brief, is awaiting arraignment on the Third Superseding Indictment on June 8, 2005. Trial is scheduled for June 13, 2005. Counts 1 and 2 deal with Conspiracy to Import and the Importation of Pseudoephedrine in violation of 21 U.S.C. §§ 960(d)(3) and 960 and 18 U.S.C. § 2. The acts are alleged to have occurred between August 30, 2002 to February 17, 2003. Counts 3 and 4 deal with the same co-defendants, time period and underlying facts, but are charged under 18 U.S.C. §§ 371, 545 and 18 U.S.C. § 2.

29
30

## LEGAL ARGUMENT

31
      Multiplicity in an Indictment divides an act into several criminal charges for what is, in essence, only a single illegal act. U.S. v. Jewell, 827 F.2d 586, 588 (9th Cir.

MEMO IN SUPPORT OF MOTION TO DISMISS MULTIPLICITOUS
INDICTMENT AND/OR REQUIRE ELECTION
BY THE GOVERNMENT
Page 1 of 3

**BUREN & THERRIEN, PLLC**
307 North Third Street, Suite 5
Yakima, Washington 98901
(509) 457-5991

1987).  The psychological effect on the jury at trial is that the alleged criminal activity is of greater scope and gravity than it actually is.  <u>U.S. v. Chacko</u>, 169 F.3d 140, 145 (2d Cir. 1999) (citing <u>U.S. v. Dixon</u>, 509 U.S. 688, 696 (1993)).   An Indictment is muptiplicitous if the same offense and the same underlying fact form the basis to support more than one charge.

The offense and underlying facts which support the importation counts and the smuggling counts are the same.  The co-defendant are the same.  There is nothing to distinguish the smuggling and importation counts.

## CONCLUSION

Based upon the argument set forth above, the defendant, Fernando Gutierrez, respectfully requests that the Indictment be dismissed or the government be require to elect between the importation, counts 1-2, or the smuggling, counts 3-4.

DATED this 6th day of June, 2005.


  s/ Ken Therrien
KEN THERRIEN,  WSBA #20291
Attorney for Fernando Gutierrez

MEMO IN SUPPORT OF MOTION TO DISMISS MULTIPLICITOUS
INDICTMENT AND/OR REQUIRE ELECTION
BY THE GOVERNMENT
Page 2 of 3

**BUREN & THERRIEN, PLLC**
307 North  Third Street, Suite 5
Yakima, Washington  98901
(509) 457-5991

1
2
3
4
5  I hereby certify under penalty of perjury of the laws of the State of Washington that on June 6, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: TOM HOPKINS, Assistant United States Attorney.
6
7
8
9           s/ Ken Therrien
10       KEN THERRIEN, WSBA #20291
         Attorney for Fernando Gutierrez
11       307 North Third Street, Suite 5
         Yakima, WA 98901
12       (509) 457-5991
         Fax: (509) 457-6197
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31

MEMO IN SUPPORT OF MOTION TO DISMISS MULTIPLICITOUS
INDICTMENT AND/OR REQUIRE ELECTION
BY THE GOVERNMENT
Page 3 of 3

**BUREN & THERRIEN, PLLC**
307 North Third Street, Suite 5
Yakima, Washington 98901
(509) 457-5991